

| | | |
|---|---|---|
| 12–00 00047 | | |
| 29550 | State v. Calara | Affirmed |
| 29946 | State v. Rego | Reversed |
| 29702 | Wahi Ho'omalu Ltd. Partnership v. Maio | Affirmed |

### February 15, 2013

| | | |
|---|---|---|
| CAAP– 10–00 00084 | McCully Associates v. Marn | Affirmed |
| CAAP– 11–00 00586 | State v. Ungounga | Affirmed |

### February 21, 2013

| | | |
|---|---|---|
| 30261 | Dennis v. Dennis | Affirmed |
| 29570 | Martin v. C. Brewer and Co., Ltd. | Affirmed |
| 29838 | Naito v. Naito | Affirmed |
| 30550 | Narmore v. State, Director of Taxation | Affirmed |
| 29779 | Scroggin v. Mandarin Oriental Management (USA) Inc. | Affirmed in Part and Vacated in Part |
| CAAP– 11–00 00891 | State v. Tunley | Affirmed |

### February 22, 2013

| | | |
|---|---|---|
| CAAP– 12–00 00424 | Gao v. Hawai'i Labor Relations Bd. | Affirmed |
| 29824, 29825 | Picardy v. Sky River Management, LLC | Affirmed |

### February 26, 2013

| | | |
|---|---|---|
| CAAP– 11–00 00765 | State v. Lockey | Vacated and Remanded with Instructions |
| 29945 | Tretsven v. Tretsven | Vacated and Remanded |

### February 27, 2013

| | | |
|---|---|---|
| 30068 | Holualoa Aloha, LLC v. Anekona Aloha, LLC | Affirmed |